UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:22-cr-00265-RC-1 |
| | : | |
| TIMOTHY WAYNE WILLIAMS | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONVERT TRIAL DATE TO PLEA HEARING AND TO SUSPEND DEADLINES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Timothy Wayne Williams, with the concurrence of his attorney, move to suspend the currently imposed trial deadlines and to convert the February 21, 2023 trial date into a plea hearing.

Respectfully submitted,

FOR THE DEFENDANT

FOR THE UNITED STATES
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Joseph R. Conte*
Joseph Roll Conte
LAW OFFICES OF J.R.
CONTE, P.L.L.C.
400 Seventh Street, NW
Suite 206
Washington, DC 20004
(202) 638-4100
dcgunlaw@gmail.com

By:   */s/ James D. Peterson*
James D. Peterson
Special Assistant United States Attorney
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov

<u>/s/ Nathaniel K. Whitesel</u>
Nathaniel K. Whitesel
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759
