# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00265-RC-1 |
| v. | **UNOPPOSED MOTION TO CONVERT IN-PERSON CHANGE OF PLEA HEARING TO VIRTUAL HEARING** |
| TIMOTHY WILLIAMS, | |
| Defendant. | |

COMES NOW, Timothy Williams, by and through undersigned counsel, to respectfully request this Honorable Court to convert the in-person change of plea hearing, currently scheduled for February 21, 2023, to a virtual hearing. As grounds for this motion counsel would state:

1. The defendant is charged with five misdemeanors. Entering and Remaining in a Restricted Building in violation of 18 U.S.C. §1752(a)(1), Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. §1752(a)(2), Disorderly Conduct at the Grounds and in a Capitol Building, in violation of 40 U.S.C. §5104(e)(2)(D), and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. §5104(e)(2)(G), and Theft of Government Property in violation of 18 U.S.C. §641.

2. A change of plea hearing is scheduled for February 21, 2023, and the defendant intends to enter a plea to Counts One and Five, Entering and Remaining in a Restricted Building in violation of 18 U.S.C. §1752(a)(1) and Theft of Government Property.

*United States v. Timothy Williams*
Case No. 1:22-cr-00265-RC-1

Unopposed Motion to Convert In-Person Change of
Plea Hearing to Virtual Hearin
Page -1-

CONVERT23/02/07 10:50:12

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email:  dcgunlaw@gmail.com

2. The court has scheduled the hearing to be in-person.

3. The defendant resides in Colorado.

4. The defendant is without the financial means to pay transportation and related expenses from Colorado to Washington, D.C. and travel will result in a sever strain on the family's finances.

WHEREFORE counsel respectfully requests that this Honorable Court convert the in-person change of plea hearing to a virtual hearing.

Dated:  February 7, 2023

Respectfully Submitted,

Joseph R. Conte
Counsel for Timothy Williams
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email:  dcgunlaw@gmail.com

*United States v. Timothy Williams*
Case No. 1:22-cr-00265-RC-1

Unopposed Motion to Convert In-Person Change of
Plea Hearing to Virtual Hearin
Page -2-

CONVERT23/02/07 10:50:12

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email:  dcgunlaw@gmail.com