UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-265 (RC) |
| | : | |
| TIMOTHY WAYNE WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibits 1, 2, and 3 are videos obtained via open source. Exhibit 4 is a video from U.S. Capitol Police CCTV. The United States does not object to releasing these exhibits to the public. The exhibits are:

1. Government Exhibit 1 is a video approximately 2 minutes 21 seconds in length that portrays the breaching of the Northwest Scaffolding area by a mob of rioters.

2. Government Exhibit 2 is a video approximately 39 seconds in length that portrays rioters under the Northwest Scaffolding as officers deploy crowd control measures.

3. Government Exhibit 3 is a video approximately 29 seconds in length that depicts rioters swarming the Northwest Corridor and Senate Wing Door after breaching the Northwest Scaffolding.

4. Government Exhibit 4 is a video approximately 9 seconds in length depicting the defendant's theft of a U.S. Capitol Police bag.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Nathaniel K. Whitesel*
Nathaniel K. Whitesel
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

*/s/ James D. Peterson*
James D. Peterson
Special Assistant United States Attorney
Bar No. VA 35373
United States Department of Justice
1331 F Street N.W. 6th Floor
Washington, D.C. 20530
Desk: (202) 353-0796
Mobile: (202) 230-0693
James.d.peterson@usdoj.gov